IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BILL J. WARD                                                      PLAINTIFF

VS.                                 CASE NO. 06-CV-6052

ENTERGY CORPORATION                            DEFENDANT

## ORDER

       Before the Court is a Motion to Dismiss filed on behalf of Entergy Corporation.  (Doc. No. 3).  The Plaintiff has filed a response.  (Doc. No. 6).  The matter is ripe for consideration.

       Entergy Corporation seeks dismissal of this action on the grounds that the Plaintiff cannot maintain an action against it because Entergy has no employees in Arkansas and, therefore, was not the Plaintiff's employer.  Plaintiff has responded stating that if Entergy Corporation was not his employer he does not intend to pursue this matter against Entergy.  Plaintiff then requests that Entergy's Motion to Dismiss be granted without prejudice and that he not be required to pay Entergy's fees and costs in this matter.  Upon consideration, the Court finds that the Motion to Dismiss should be and hereby is **granted**.  The Plaintiff's Complaint against Entergy Corporation is hereby dismissed without prejudice.  Entergy's request for its costs and fees in this matter is hereby denied.

       IT IS SO ORDERED, this 6th day of March, 2007.

                                                                           /s/Harry F. Barnes
                                                                    Hon. Harry F. Barnes
                                                                    United States District Judge